## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JESSE FOSTER,                 )
                             )
           Plaintiff,       )
                             )
        v.                   )          No. 4:16-cv-1384 DDN
                             )
SWISSPORT FUELING SERVICES,    )
                             )
          Defendant.     )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Jesse Foster's Motion to Proceed In Forma Pauperis (ECF No. 2). Therein, plaintiff seeks leave to proceed in this action without payment of the required filing fee. Plaintiff attached a financial affidavit in support of the motion. Upon review and consideration of plaintiff's motion and financial affidavit, the Court finds that plaintiff is financially unable to pay any portion of the filing fee, and will therefore grant plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that plaintiff Jesse Foster's Motion to Proceed In Forma Pauperis (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint.

                            /s/ David D. Noce
                  **UNITED STATES MAGISTRATE JUDGE**

Signed on September 12, 2016.